```
1                      UNITED STATES DISTRICT COURT
2                        DISTRICT OF PUERTO RICO

3    NOEL CUEVAS-RIVERA, et al.,
4
5         Plaintiffs,                        Civil No. 05-1550 (JAF)

6         v.

7    SIMON PROPERTY GROUP, et al.,

8         Defendants.
9    _____

10   RANGER AMERICAN OF PUERTO RICO,
11   INC.

12        Defendant and Third-
13        Party Plaintiff,

14        v.

15   CORNERSTONE APPAREL, INC., d/b/a
16   PAPAYA'S CLOTHING; IPC INTERNA-
17   TIONAL CORPORATION,

18        Third-Party Defendants.
```

19   _____   **O R D E R**

20         The motion to compel discovery filed by third-party defendant

21   IPC International Corporation on May 19, 2006, <u>Docket Document</u>

22   <u>No. 83</u>, is **GRANTED**.  From filing to this date the respondent has had

23   sixty days in which to attend to its discovery obligations and has

24   failed to do so.

25         The pending discovery shall be made available to movant **on or**

26   **before July 27, 2006,** under penalty of dismissal of the third-party

Civil No. 05-1550 (JAF)                                        -2-

1    complaint against IPC International Corporation.  **No extensions will**

2    **be entertained.  Any response short of a full and complete discovery**

3    **disclosure will carry the same dismissal sanction.**

4         **IT IS SO ORDERED.**

5         San Juan, Puerto Rico, this 19th day of July, 2006.

6                                        S/José Antonio Fusté
7                                        JOSE ANTONIO FUSTE
8                                   Chief U. S. District Judge